IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **WILLIAM F. TUTTLE** | § | **PLAINTIFF** |
| | § | |
| v. | § | **CAUSE NO. 1:10cv202-LG-RHW** |
| | § | |
| **CIGNA GROUP INSURANCE,** | § | |
| **CIGNA CORPORATION, and LIFE** | § | |
| **INSURANCE COMPANY OF NORTH** | § | |
| **AMERICA** | § | **DEFENDANTS** |

## JUDGMENT

This matter having come on to be heard on Defendants' [55] Motion for Summary Judgment, the issues having been duly heard and considered and a decision having been duly rendered by separate Memorandum Opinion;

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Defendants' Motion for Summary Judgment [55], should be, and is hereby **GRANTED.**

**IT IS FURTHER ORDERED AND ADJUDGED** that the Plaintiff's claims should be and are hereby **DISMISSED.**

**SO ORDERED AND ADJUDGED** this the 18th day of July, 2011.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE